UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOHNATHAN TERRELLE MYERS<br>DOC # 524486 | * * * | CIVIL ACTION NO. 2:14-cv-3545<br>SECTION P |
| v. | * * * | JUDGE MINALDI |
| TERRY TERRELL, ET AL | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 11) and the Amended Report and Recommendation (Rec. Doc. 14) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Myers' Objections (Rec. Doc. 12), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Myers' civil rights complaint is **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Lake Charles, Louisiana, this 7 day of July, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE